IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01205-LTB

ERNEST DANIEL MEDINA, also known as
ERNEST MEDINA,

    Plaintiff,

v.

JOHN DOE, Denver County Sheriff,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 6, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 6th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/K Lyons
                    Deputy Clerk